# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 28, 2025

Lyle W. Cayce
Clerk

No. 23-40648
Summary Calendar

_____

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ASHTON JHERIMIAH ROBERTSON,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:21-CR-104-1

_____

Before ELROD, *Chief Judge*, and HAYNES and DUNCAN, *Circuit Judges*.

PER CURIAM:*

The Federal Public Defender appointed to represent Ashton Jherimiah Robertson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Robertson has filed a response.

_____

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-40648

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Robertson's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Robertson's motion to proceed pro se is DENIED as untimely. *See United States v. Wagner*, 158 F.3d 901, 902–03 (5th Cir. 1998).